UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re: Application and Order

| | |
|---|---|
| Plaintiff(s), | Case No. 20-51211 |
| v. | Judge |
| | Magistrate Judge |
| Defendant(s). | |

**NOTICE OF CORRECTION**

Docket entry number  15,16 , filed     01/6/2021     , has been modified.  The explanation for the correction is stated below.

☐ The docket entry was made on the wrong case.

☐ The corresponding document image was missing or incomplete.

☐ The wrong document image was associated.

☑ The wrong judicial officer was listed on the case docket.

☐ The filer information was inaccurate or omitted from the docket text.

☐ The judicial officer information was inaccurate or omitted from the docket text.

☐ The docket text was changed *to include the Partial Payment Order.*

☐ Other:

If you need further clarification or assistance, please contact     Julie Owens     at              .

KINIKIA D. ESSIX, CLERK OF COURT

Dated: February 8, 2021         s/Kyanna Brown
                                 Deputy Clerk